UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JENNIFER MURPHY | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | Case No: 3:11-cv-01228 (CSH) |
| | : | |
| STATE OF CONNECTICUT | : | |
| EASTERN CONNECTICUT | : | |
| STATE UNIVERSITY, LAWRENCE | : | |
| BOTTING, and JEFFREY GAREWSKI | : | |
|     Defendants. | : | |

**RULING ON MOTION TO COMPEL**

On February 14, 2012, Defendants moved to compel production of Plaintiff's initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure. That same day, Plaintiff provided Defendants with the initial disclosures and filed an opposition to Defendants' motion to compel. Because Plaintiff has produced the initial disclosures, Defendants' Motion to Compel [Doc. No. 24] is DENIED as moot.

Defendants have requested that the Court award attorney's fees and the costs associated with filing the motion to compel. Local Rule 37 provides that no motion pursuant to Rule 26 through 37 of the Federal Rules of Civil Procedure, "shall be filed unless counsel making the motion has conferred with opposing counsel and discussed the discovery issues between them in detail in a good faith effort to eliminate or reduce the area of controversy, and to arrive at a mutually satisfactory resolution."  D. Conn. L. Civ. R. 37(a).

As evidenced by Plaintiff's production of the initial disclosures a mere eight minutes after the filing of the instant motion, the Court's involvement was unnecessary and the parties should have resolved this dispute amongst themselves. Accordingly, Defendants' requests for

attorney's fees and costs are DENIED.

It is SO ORDERED.

Dated: New Haven, Connecticut
April 13, 2012

*/s/Charles S. Haight, Jr.*
Charles S. Haight, Jr.
Senior United States District Judge